# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DANA BOWMAN, § § Plaintiff, § § v. § § SHANNON CREEK APARTMENTS II, § LLC, and GOLD CREEK HOMES & § DEVELOPMENT, LLC, § § Defendants. § | Civil Action No.: 4:23-cv-00325-O **JURY DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

The parties hereby submit this Joint Notice of Settlement to notify the Court that the lawsuit has been settled. The parties expect that a dismissal will be filed within forty- five (45) days.

Dated: July 23, 2024.

    Respectfully Submitted,

    CALHOUN & ASSOCIATES

    */s/ Eric G. Calhoun*
    Eric G. Calhoun
    Texas Bar No. 03638800
    1595 N. Central Expressway
    Richardson, Texas 75080
    Telephone: (214) 766-8100
    Facsimile: (214) 308-1947
    eric@ecalhounlaw.com
    egcla@ecalhounlaw.com (Assistant)

    ATTORNEYS FOR PLAINTIFF

        HUNT HUEY PLLC

        */s/ Richard M. Hunt*
        Richard M. Hunt
        Jeanne M. Huey
        HUNT HUEY PLLC
        3010 Mountain Ash Court
        Garland, Texas 75044
        Telephone: (214) 641-9182
        Facsimile: (214) 279-6124
        rhunt@hunthuey.com
        jhuey@hunthuey.com

        ATTORNEYS FOR DEFENDANTS SHANNON CREEK APARTMENTS II, LLC, AND GOLD CREEK HOMES & DEVELOPMENT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Richard M. Hunt<br>HUNT HUEY PLLC<br>3010 Mountain Ash Court<br>Garland, Texas 75044<br>rhunt@hunthuey.com | *Counsel for Defendants Shannon Creek Apartments II, LLC and Gold Creek Homes & Development, LLC* |

        */s/ Eric G. Calhoun*
        Eric G. Calhoun