# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 4:23-cv-00325-O |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| SHANNON CREEK APARTMENTS II, LLC, and GOLD CREEK HOMES & DEVELOPMENT, LLC, | § § § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Dana Bowman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal With Prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 7, 2024.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Richard M. Hunt<br>HUNT HUEY PLLC<br>3010 Mountain Ash Court<br>Garland, Texas 75044<br>rhunt@hunthuey.com | *Counsel for Defendants Shannon Creek Apartments II, LLC and Gold Creek Homes & Development, LLC* |

*/s/ Eric G. Calhoun*
Eric G. Calhoun